# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY MARKETING GROUP, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DEALER DIGITAL GROUP, LLC., a California limited liability company, TL MEDIA TEAM, LLC, a California limited liability company, and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No: 8:17cv01373 JLS KES<br><br>Judge Josephine L. Staton<br><br>**JUDGMENT** |

1

Plaintiff Kennedy Marketing Group, Inc. ("**Plaintiff**") and Defendants Dealer Digital Group, LLC and TL Media Team, LLC ("**Defendants**"), through their counsel, having so stipulated and having jointly moved for such pursuant to a confidential settlement agreement, and the Court finding good cause, it is hereby ADJUDGED and DECREED that:

1) Plaintiff's claims for non-injunctive relief asserted herein against Defendants be and are hereby dismissed with prejudice in their entirety, and

2) Plaintiff's claims for equitable relief are subject to the Stipulated Permanent Injunction issued concurrently with this Judgment.

Each of the parties shall bear its own attorneys' fees and litigation costs incurred in this action.

Dated: August 14, 2018

_____
Hon. Josephine L. Staton
United States District Judge